# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ZECKEYA PERRY**  **PETITIONER**
ADC #156241

v.  **CASE NO. 4:20-cv-1328-KGB-BD**

**DEXTER PAYNE, Director, ADC;**
**AUNDREA CULCLAGER, Warden;**
**LESLIE RUTLEDGE, Attorney**
**General, State of Arkansas; and**
**ARKANSAS, State of**  **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that petitioner Zeckeya Perry's petition for writ of habeas corpus is denied and dismissed without prejudice. A certificate of appealability is denied.

It is so adjudged this 2nd day of February, 2021.

_____
Kristine G. Baker
United States District Judge